UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 25-1025 (RBW) |

**JOINT STATUS REPORT**

Plaintiff James A. Murphy and Defendant the Department of Homeland Security, file this joint status report to apprise the Court of the status in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff James Murphy seeks disclosure of records from the Department of Homeland Security relating to Satoshi Nakamoto, the name for the individual(s) who claim to have created the digital asset Bitcoin. *See generally* Compl. U.S. Immigrations and Customs Enforcement ("ICE") reports that it has completed its search for potentially responsive records, which has resulted in 2,524 potentially responsive documents. ICE indicates that it has an initial five-page production to make to Plaintiff, and that production occurred on September 12, 2025. Due to the shutdown, ICE was unable to process the remaining potentially responsive records. As to the remainder of documents left for ICE to process, ICE notes that based on a review of documents thus far, the documents identified as potentially responsive do not appear responsive to Plaintiff's request. ICE anticipates completing its review of all potentially responsive records within the next 60 days.

In light of Defendant's ongoing processing and review, the parties propose filing a status report on or before January 29, 2026 apprising the Court of the progress of Defendant's processing. A proposed ordered is included herein.

Dated: November 25, 2025

Respectfully submitted,

/s/ *Brian J. Field*
Brian J. Field (D.C. Bar No. 985577)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
bfield@schaerr-jaffe.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Main: (202) 252-2500

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 25-1025 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties file a joint status report on or before January 29, 2026.

SO ORDERED.

________________________
Dated

________________________________
REGGIE B. WALTON
United States District Judge