UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 25-1025 (RBW) |

**JOINT STATUS REPORT**

Plaintiff James A. Murphy and Defendant the Department of Homeland Security, file this joint status report to apprise the Court of the status in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff James Murphy seeks disclosure of records from the Department of Homeland Security relating to Satoshi Nakamoto, the name for the individual(s) who claim to have created the digital asset Bitcoin. *See generally* Compl. U.S. Immigration and Customs Enforcement ("ICE") reports that it has completed its search for potentially responsive records, which has resulted in 2,524 potentially responsive documents. ICE made an initial five-page production to Plaintiff on September 12, 2025. As of January 29, 2026, ICE has now completed its responsiveness review of the remaining records. Consequently, ICE has identified one final responsive document, totaling three pages. The processing of these pages is presently delayed since the Department of Homeland Security is partially shut down.

Once Defendant issues its final production, Plaintiff will require time to review the productions and determine whether further action is necessary.

Given this status, the parties believe that summary judgment and the filing of a *Vaughn*

Index is premature at this time. The parties propose filing another status report in approximately sixty days, or on or before May 29, 2026, that updates the Court on the status of this matter.

Dated: March 30, 2026

Respectfully submitted,

/s/ *Brian J. Field*
Brian J. Field (D.C. Bar No. 985577)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
bfield@schaerr-jaffe.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Zachariah Lindsey*
ZACHARIAH LINDSEY, DC BAR #1766679
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 445-3658
Zachariah.Lindsey@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 25-1025 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties file a joint status report on or before May 29, 2026.

SO ORDERED.

______________________
Dated

______________________
REGGIE B. WALTON
United States District Judge