**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES A. MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | ) | Civil Action No. 25-1025 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on August 18, 2026, via teleconference, it is hereby

**ORDERED** that, on September 3, 2026, at 10:30 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 18th day of August, 2026.

REGGIE B. WALTON
United States District Judge